BEADLESTON *v.* BEADLESTON.

(*Supreme Court, General Term, First Department.*　November 23, 1888.)

ATTORNEY AND CLIENT—REFERENCE OF CHARGES AGAINST ATTORNEY—DEATH OF ATTORNEY—REVIEW.

　　An order in an action for divorce, referring to a referee certain charges against one of the attorneys, will not be reviewed on appeal, after the death of the attorney.

Appeal from special term, New York county.

This is an appeal by defendant from an order made in the case of *Beadleston* v. *Beadleston, ante,* 809, directing the trial to proceed from day to day, and referring to a referee the matter of certain charges against one of defendant's attorneys.

Argued before VAN BRUNT, P. J., and DANIELS and BARTLETT, JJ.

*Eugene D. Hawkins,* for appellant.　*Samuel Untermeyer,* for respondent.

PER CURIAM.　The reversal of the judgment in this action, and the death of the attorney affected by the order sought to be reviewed, leave no practical question to be determined upon this appeal.　The appeal will therefore be dismissed, without costs.